# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          : NO. 942
                                                :
DESIGNATION OF CHAIR AND VICE-    :SUPREME COURT RULES DOCKET
CHAIR OF THE CONTINUING LEGAL     :
EDUCATION BOARD                          :


## ORDER


**PER CURIAM**

**AND NOW**, this 13th day of March, 2023, Candice L. Komar, Esquire, is hereby designated as Chair, and Tuan N. Samahon, Esquire, is designated as Vice-Chair, of the Continuing Legal Education Board, commencing May 1, 2023.